# No: 03-14-00665-CV

RECEIVED
SEP 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN, TEXAS

### ERIC DRAKE

*Plaintiff–Appellant*

v.

### KASTL LAW FIRM P.C. ET AL

*Defendant–Appellee*

FILED
September 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## ON APPEAL FROM THE 200TH DISTRICT COURT TRAVIS COUNTY, AUSTIN, TEXAS

### Trial Court No. D-1-GN-14-001215

## BREIF OF APPELLANT ERIC DRAKE

Eric Drake
Pro-Se
Appellant
PO Box 833688
Richardson, Texas 75083
214-477-9288

## ORAL ARGUMENT REQUESTED

# IDENTITY OF PARTIES AND COUNSEL

**Plaintiff/Appellant/Petitioner**

**Eric Drake**
**Pro-Se**
**P.O. Box 833688**
**Richardson, Texas 75083**
**(214) 477-9288**

**Defendants/Appellee/Respondents**

**Seanna Willing**

**Scot Graydon**
**300 West 15TH Street, Ste 2**
**Austin, Texas 78701**
**512-475-4413**

**David Harris**

**Carl Ginsberg**
**300 West 15TH Street, Ste 2**
**Austin, Texas 78701**
**Telephone: 512-475-4413**

**Kristina Kastl**

**Kastl Law P.C.**
**4144 N. Central Expressway**
**Ste 300, Dallas, Texas 75204**
**Telephone: 214-821-0230**

**Frank Waite**

**Vikki Ogden**
**411 Elm Street, Ste 500**
**Dallas, Texas 75202**
**Telephone: 214-653-7568**

i

## MOTION TO RECONSIDER AND OBJECTION TO COURT IGNORING THE PETITIONER'S MOTION TO RECUSE REQUESTS FOR APPELLANT'S RE-HEARING TO BE REVIEWED AND HEARD BY THE ILLINOIS FIRST DISTRICT APPELLATE COURT (FIRST DIVISION)

TO THE NOT SO HONORABLE JUSTICES:

Appellant has not witnessed such corruption in any courts as he has in the Travis County courts, including this appellate court. And as promised the Appellant have sued each and every justice in this Court, and each and every justice in the Supreme Court, which is also racially inclined.

However, the Appellant files his Motion to Reconsider or Re-hearing but objects to this Court considering his motion because of the obvious racism and prejudice shown to the Appellant by members of this Courts justices, which the Appellant view as no more than racially charged hoodlum's with black robes. Appellant does not believe that this Court has the ability to be impartial to him, thus he seeks another appellate court to review this Court's decision, the First District Appellate Court (First Division) in the state of Illinois.

This Court's many cover-ups and errors demand that another impartial court review this Court's ridiculous opinion.

1

This Court overruled the fact that Judge Ramsay wasn't properly assigned is a joke. And the reason why the Appellant must sued all of the justices in this Court. Rule 18 of the TRCP is not for argument, because there is too much of case law that supports the Appellant brief. Moreover, Warren Vavra claimed that he was a judge, this fraudulent action cannot be waived, further, the Appellant did complain about Warren Vavra in the trial court's record. Warren Vavra will be sued.

The Court is either blatantly ignorant to the law or case law or is totally incompetent, or has conspired with the Attorney Generals Office to make sure that the Appellant remains a vexatious litigant. This will cost the assistant attorney general and the justices who have conspired with them a demand of $50,000,000.00. The Court's argument regarding David Philips and Stephen Yelenosky is a matter of outright incompetence. The Court is incorrect in their assumption and how they have drawn to any conclusion. Apparently, Mr. Fields is not familiar with case law or is a racist or both. In either case, the Court is completely wrong.

The Court ignores the assistant attorney generals fraud, thus a means to cover-up the truth and will result in a federal lawsuit. Overall the Court has completely ignored the law. Appellant is asking for a review of his brief

by another Court away from such bigotry. On each point the Court failed to convince the Appellant that its argument was even reasonable.

The Court refused oral arguments, and it shows through its racially motivated and reckless ways of trying to make a poor argument that the decision should be sustained. Year of litigation will be filed from this point on over this matter and the Appellant will not stop until justice is done.

WHEREFORE, APPELLANT ERIC DRAKE respectfully requests that: a). The Court transfers the above appeal to the First District Appellate Court (First Division) in the state of Illinois;

b). If the Court refuses to transfer the above appeal that the Court reverse its pathetic decision it made in the above appeal after reviewing the Appellant's motion to reconsider and name a new panel of justice to review Appellant's motion filed herein. However, the Appellant has sued all of the justices of this Court.

Respectfully submitted,

Eric Drake
P.O. Box 833688
Richardson, Texas 75083
214-477-9288

## CERTIFICATE OF SERVICE

I hereby certify this the ___30th___ day of September, 2015, I served the foregoing "Motion," by causing four paper copies sent by certified first-class U.S. Mail to the Clerk of the Court of the 2nd Court of Appeals Dallas, and one copy was *Hand Delivered* to appellees legal counsel.

_____
Eric Drake

## CERTIFICATE OF CONFERENCE

I hereby certify this the ___30th___ day of September, 2015, I attempted to conference with the opposing counsel but after three attempts he was unable to be contacted. Appellant therefore files this motion to this Court for its judgment. Finally, the Appellant contacted opposing counsel but only the opposing counsel refused to respond.

_____
Eric Drake

4